UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et al.,<br><br>    Defendants. | Case No. 5:22-cv-02277-CJC-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) and supporting documents (Dkt. 3-6), the Orders issued by the assigned magistrate judge (Dkt. 13, 24, 25), and the magistrate judge's Report and Recommendation issued on July 5, 2023 (Dkt. 27, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

    Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: August 24, 2023

CORMAC J. CARNEY
United States District Judge