JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS, et al., | Case No. 5:22-cv-02277-CJC-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED without prejudice.

Dated: August 24, 2023

CORMAC J. CARNEY
United States District Judge